# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| REV. CALVIN WARREN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14CV01266 ERW |
| FEDERAL GOVERNMENT, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Over the past eleven months, plaintiff has filed numerous delusional and frivolous cases in this Court regarding a religiously-motivated conspiracy against his family.[1] Plaintiff alleges that the federal government and other named defendants are using terrorism, racism, and satanism against him and are trying to murder him and his family because they are preachers of the gospel. He seeks nine hundred trillion dollars in monetary damages.

---

[1] *See e.g., Warren v. Federal Gov≠t*, No. 4:13-CV-1465-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1560-RWS (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1570-JAR (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1634-HEA (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1643-AGF (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1780-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1878-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1906-TIA (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1998-SNLJ (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-2069-SPM (E.D. Mo. 2013).

The Court previously warned plaintiff that it would not allow him to proceed in forma pauperis if he continued to bring the same frivolous lawsuits again and again. *Warren v. Federal Gov=t*, 4:13-CV-1878-CEJ (E.D. Mo.). This case is no different from his previous cases. Consequently, the Court will deny plaintiff=s motion for leave to proceed in forma pauperis and will dismiss this action without prejudice to refiling as a fully-paid complaint. *See In re Tyler*, 839 F.2d 1290, 1292 (8th Cir. 1988) (AJudicial resources are limited in the short run and need to be protected from wasteful consumption. Frivolous, bad faith claims consume a significant amount of judicial resources, diverting the time and energy of the judiciary away from processing good faith claims.@).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff=s motion for leave to proceed in forma pauperis [Doc. # 2] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice.

A separate Order of Dismissal will be filed contemporaneously.

So Ordered this 21st day of July, 2014.

_____
 E. RICHARD WEBBER
 SENIOR UNITED STATES DISTRICT JUDGE